# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ADNAN UMAIR JANJUA-VESSEL AND<br>UZMA JANJUA-VESSEL<br><br>V.<br><br>JAY BRAY, *et al.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:23CV766<br>JUDGE MAZZANT/JUDGE JOHNSON |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 27, 2024, the report of the Magistrate Judge (the "Report") (Dkt. #48) was entered containing proposed findings of fact and recommendations that Plaintiffs Adnan Umair Janjua-Vessel and Uzma Janjua-Vessel's ("Plaintiffs") Motion to Stay for All Non-Judicial Proceedings (Dkt. #4) be denied. On March 12, 2024, Plaintiffs filed objections (the "Objections") (Dkt. #50) to the Report (Dkt. #48), to which Defendant Nationstar Mortgage LLC filed a response (the "Response") (Dkt. #52).

The Court has conducted a *de novo* review of the Objections (Dkt. #50) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections (Dkt. #50) are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, Plaintiffs' Objections (Dkt. #50) are **OVERRULED** and the Magistrate Judge's Report (Dkt. #48) is **ADOPTED** as the findings and conclusions of the Court.

**IT IS ORDERED** that the Motion to Stay for All Non-Judicial Proceedings (Dkt. #4) is hereby **DENIED**.

**SIGNED this 28th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE