# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ADNAN UMAIR JANJUA-VESSEL and<br>UZMA JANJUA-VESSEL<br><br>V.<br><br>JAY BRAY, *et al.* | § § § § § § § § | CIVIL ACTION NO. 4:23CV766<br>JUDGE MAZZANT/JUDGE JOHNSON |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 9, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #61) that Plaintiffs Adnan Umair Janjua-Vessel and Uzma Janjua-Vessel's ("Plaintiffs") Motion for Default Judgment (Dkt. #19) and Motion for Default Judgment Against Defendants (Dkt. #54) (collectively, the "Motions for Default Judgment") (Dkts. #19; #54) be denied.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that the Motions for Default Judgment (Dkts. #19, #54) are **DENIED**.

**SIGNED** this 31st day of July, 2024.

*[signature: Amos Mazzant]*

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE