# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ADNAN UMAIR JANJUA-VESSEL, *et al.* | § | |
| | § | |
| *Plaintiffs,* | § | Civil Action No. 4:23-cv-00766 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| NATIONSTAR MORTGAGE, LLC, *et al.* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 9, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #94) that Defendant Nationstar Mortgage, LLC's Motion to Dismiss (Dkt. #80) be granted, Defendant Barrett Daffin Frappier Turner & Engel, LLP's Motion to Dismiss (Dkt. #82) be granted, and Plaintiffs Adnan and Uzma Janjua's Motion for Leave to File a Second Amended Complaint (Dkt. #85) be denied.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Nationstar Mortgage, LLC's Motion to Dismiss (Dkt. #80) and Defendant Barrett Daffin Frappier Turner & Engel, LLP's Motion to Dismiss (Dkt. #82) are hereby **GRANTED**.

It is **FURTHER ORDERED** that the Janjuas' Motion for Leave to File a Second Amended Complaint (Dkt. #85) is hereby **DENIED**.

It is **FURTHER ORDERED** that the Janjuas' claims against both defendants are **DISMISSED WITH PREJUDICE**.

 **IT IS SO ORDERED**.

 **SIGNED this 18th day of February, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE